IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, Warden, | ) | ORDER |
| Tecumseh State Correctional | ) | |
| Center, | ) | |
| | ) | |
| Respondent. | ) | |

Upon consideration of petitioner's motion to attend status conference, the court finds no purpose requiring petitioner's attendance, and no right to attend.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 28, is denied.

DATED this 19th day of April, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge