```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

JOHN L. LOTTER,                 )
                                )
          Petitioner,           )         4:04CV3187
                                )
     v.                         )
                                )
FRED BRITTEN, Warden,           )         ORDER
Tecumseh State Correctional     )
Center,                         )
                                )
          Respondent.           )
```

IT IS ORDERED,

Respondent's motion to continue the status conference, filing 30, is granted. The status conference is continued to June 27, 2005 at 2:00 p.m., in the chambers of the undersigned.

DATED this 21st day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge