IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED,

1. A hearing on the matter of representation of counsel for petitioner is set for August 24, 2005 at 11:00 a.m. in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The clerk is directed to prepare the necessary documents to secure the presence of petitioner at the hearing.

DATED August 10, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge