IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that a telephonic status conference will be held on the 6th day of May, 2010 at 2:00 p.m.  Counsel for plaintiff will place the conference call.

DATED this 26th day of April, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge