IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This case was stayed pending exhaustion of claims in the state courts. The state court proceedings are now final. Pursuant to the court's order dated March 19, 2008, (filing no. 42), a telephonic conference was held today to discuss the current status of this habeas action. With the parties' consent and agreement,

IT IS ORDERED:

1) This case is no longer stayed. The clerk shall reopen the case.

2) The petitioner's amended habeas petition shall be filed on or before June 7, 2010.

3) The defendant's response to the amended habeas petition shall be filed on or before July 7, 2010.

4) A status conference will be held in chambers before the undersigned magistrate judge on July 30, 2010 at 1:30 p.m. to discuss further progression of this case to resolution.

DATED this 6th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge