IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN L. LOTTER, | ) |
| Petitioner, | ) 4:04CV3187 |
| V. | ) |
| ROBERT HOUSTON, Warden, Tecumseh State Correctional Center, | ) **MEMORANDUM AND ORDER** |
| Respondent. | ) |

The parties are hereby notified that I have assigned elbow clerk, Laura R. Hegge, to work on this matter. Ms. Hegge has not yet done anything of substance regarding this assignment[1] except to advise me of the following:

Ms. Hegge was employed as an associate attorney at Cline, Williams, Wright, Johnson & Oldfather from approximately May of 2004 until September of 2008. Ms. Hegge has been employed with the court since October of 2008. Ms. Hegge has represented to me that during her employment with Cline Williams, she performed no work on this case. Further, Ms. Hegge did not access office files relating to this matter.

Accordingly,

IT IS ORDERED that if any party desires that this case be reassigned to another elbow clerk in my chambers, the party shall file an objection (which the Clerk will treat as a motion) and supporting brief within ten days of this order. Any party opposing such an objection may respond by brief within ten days of the submission of the objection. The Clerk shall provide a copy of this Memorandum and Order to Judge Zwart.

June 17, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge

---

[1] Ms. Hegge will not do anything of substance on this case until the time for objection has passed and I have ruled upon any objection.