IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT HOUSTON, Warden, | ) | ORDER |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    The Cline-Williams firm represents Petitioner together with Mr. Brennan. I have done additional research regarding the fact that Laura Hegge (one of my law clerks) and Bren Chambers (Judge Zwart's law clerk) once worked for the Cline-Williams firm as associates.

    After that additional research, Judge Zwart and I have concluded that in the exercise of our discretion that Ms. Hegge and Mr. Chambers should not work on this matter and that it is advisable to screen them. *Cf.* Advisory Opinion No. 51, available at http://www.uscourts.gov/RulesandPolicies/CodesofConduct (click on Published Advisory Opinions). Therefore,

    IT IS ORDERED that Ms. Hegge and Mr. Chambers shall do no work on this case[1] and they shall be screened from discussions regarding this matter.[2]

    DATED this 1st day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

[1] It is beyond dispute that the disqualification of a federal judge's law clerk *does not* work a disqualification of the federal judge.

[2] Neither Ms. Hegge nor Mr. Chambers have done any work on this case.