IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ROBERT HOUSTON, Warden, | ) | AND ORDER |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The respondents have filed a designation of state court records in support of answer that refer to trial exhibits offered in Richardson County District Court Docket Nos. 2682, 2683, 2684, and 2685. (See Filing 60.) The designation attached a CD containing various PDF copies of the documents. Obviously, CM/ECF cannot upload the physical disc. Therefore,

IT IS ORDERED that:

(1) The Clerk of Court shall access the CD attached to Filing 60 and upload the PDF copies contained therein.

(2) The CD and the documents uploaded from the CD shall be restricted and made available only to counsel of record.

DATED this 2nd day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge