## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| ROBERT HOUSTON, Warden, | ) | |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner has filed a pro se "motion to compel the Department of Corrections to turn over all legal material in their possession and allow Petitioner to keep in cell through habeas corpus appeal" (filing 70).  The court will not consider this motion because Petitioner is represented by counsel.

"Once an attorney is appointed or retained, all further documents and other communications with the court must be submitted through the attorney, unless the court permits otherwise.  Any further pro se documents or other communications submitted to the court may be (1) returned unfiled to the sending party or (2) forwarded to the sending party's attorney."  Nebraska General Rule 1.3(i).

Accordingly,

IT IS ORDERED that:

1.    Petitioner's motion to compel (filing 70) is denied without prejudice.

2.     The clerk of the court shall not file any further pro se documents submitted by Petitioner in this case, but instead shall forward such documents to one of Petitioner's attorneys of record.

3.     Pursuant to the court's previous order (filing 21), the clerk of the court shall send a copy of this memorandum and order directly to Petitioner.

DATED this 15th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge