IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, Warden, | ) | |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's motion for leave to file sur-reply brief (filing 74) is granted. Petitioner shall have until December 15, 2010, to file a sur-reply brief limited to the 6 issues identified in the motion.

December 10, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge

-1-