IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, Warden, | ) | MEMORANDUM AND ORDER |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

   Shortly after this case was reopened, I gave notice (filing no. 48) that Laura Hegge, one of my elbow law clerks, had previously worked for the Cline Williams law firm as an associate and that I had assigned Ms. Hegge to work on this case. She had represented to me that, during her employment with Cline Williams, she performed no work on this matter and did not access office files relating to it. I gave the parties an opportunity to object to my assignment of Ms. Hegge and no objections were submitted.

   This will supplement that notice. Ms. Hegge subsequently became pregnant with twin girls. Because she was expected to take maternity leave during the time that the bulk of the work on this case would be conducted in my chambers, I reassigned this matter to another elbow clerk. As a result, Ms Hegge never did anything of substance on this case.

   IT IS SO ORDERED.

   DATED this 18th day of March, 2011.

                                                           BY THE COURT:

                                                           *Richard G. Kopf*
                                                           United States District Judge