IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT HOUSTON, Warden, | ) | |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to Federal Rule of Appellate Procedure 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Defendant's appeal (filing 88) appears to be taken in good faith;

2. Defendant's motion to proceed in forma pauperis on appeal (filing 89) is granted; and

3. The clerk is directed to process the appeal and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

May 25, 2011.                                        BY THE COURT:

                                                     *Richard G. Kopf*
                                                     United States District Judge