# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-2223
_____

John L. Lotter

Petitioner - Appellant

v.

Robert Houston, Warden, Tecumseh State Correctional Center

Respondent - Appellee

------------------------------------------------------------

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:04-cv-03187-RGK)

------------------------------------------------------------

## JUDGMENT

Before WOLLMAN, MURPHY and BYE, Circuit Judges

  This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

  Judge Bye would grant a certificate of appealability on the following claims:

1.  The ex parte communication between the trial judge, the prosecutor, and Thomas Nissen's attorney;

2.  The prosecution's representations concerning whether it had reached a plea agreement with Nissen on the first day of trial;

3.  The trial court's denial of Lotter's motion for a continuance;

6.  Whether Lotter's post-conviction counsel provided ineffective assistance; and

7.  Lotter's actual innocence claims.

August 23, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans