**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JOHN L. LOTTER | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion.  The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as an attachment to Filing 60 (a CD containing various PDF documents), be returned to J. Kirk Brown, counsel for Respondent, for appropriate disposition.  The State Court Records may be picked up in Lincoln, Nebraska.

Dated May 15, 2012

BY THE COURT

*Richard G. Kopf*
Senior United States District Judge