IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| ROBERT HOUSTON, Warden, | ) | |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

The information provided to me regarding Mr. Lotter's request for appointment of counsel indicates that a motion for appointment of counsel was filed with the Eighth Circuit. However, and oddly, there is no indication what the Eighth Circuit did with the motion, and I cannot find the motion on the docket sheet in the Eighth Circuit or any order relating to it. Therefore,

IT IS ORDERED that no later than the close of business on January 21, 2014, Lotter and the lawyers seeking appointment shall supplement the record in this court by filing an evidence index including affidavits and copies of documents demonstrating the status of the motion filed with the Eighth Circuit regarding the appointment of counsel. The Clerk of Court shall provide a copy of this order to counsel of record and Mr. Lotter.

Dated January 13, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge