IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| V. | ) | |
| | ) | |
| FRED BRITTEN, Warden, Tecumseh | ) | ORDER |
| State Correctional Center, and | ) | |
| ROBERT HOUSTON, Warden, | ) | |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that:

1. The motion (filing no. 101) to appoint Rebecca Woodman and Jessica Sutton as counsel in clemency and ancillary proceedings pursuant to 18 U.S.C. § 3599(e) is granted. The objection (filing no. 102) is denied. Andre Barry and Sean Brennan are formally relieved of any further obligation to Mr. Lotter.

2. The appointment will terminate automatically one year from this date unless extended by the undersigned. Any extension must be sought by filing a motion for extension on or after January 1, 2015, but before January 22, 2015. Said motion must recite good cause for the extension, recount the actions taken by counsel to date, and state the actions proposed to be taken by counsel in the future.

3. The Federal Public Defender for the District of Nebraska shall provide counsel with the appropriate vouchers. Every three months measured

from the date of this order, counsel shall submit completed vouchers to the undersigned.

4. The Federal Public Defender for the District of Nebraska shall promptly advise the undersigned if any further or other orders or provisions are required.

5. The Clerk shall mail a copy of this Order to the Federal Public Defender for the District of Nebraska and Mr. Lotter and provide notice via CM/ECF to newly appointed counsel, Mr. Barry, Mr. Brennan and Mr. Brown.

DATED this 22nd day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

2