IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| FRED BRITTEN, Warden, | ) | |
| Tecumseh State Correction Center, | ) | |
| | ) | |
| Respondent. | ) | |

    IT IS ORDERED that the Petitioner's motion (filing 113) to permit attorney Jessica E. Sutton to withdraw as counsel, and to substitute attorney Carol R. Camp in her place, is granted.

    Dated October 16, 2014.

                                                    BY THE COURT:

                                                   *Richard G. Kopf*
                                                   Senior United States District Judge