IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, Warden, | ) | |
| Tecumseh State Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's motion for extension of counsel's appointment (filing 117) is granted, as follows:

1. Rebecca E. Woodman and Carol R. Camp will continue to serve as appointed counsel for Mr. Lotter until March 30, 2015.

2. On or before such date, Petitioner, by and through his appointed counsel, shall make an *ex parte* showing as to why the appointment should continue for a longer period.

DATED this 26th day of January, 2015.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge