# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| Petitioner, | ) | 4:04CV3187 |
| V. | ) | |
| ROBERT HOUSTON, Warden, Tecumseh State Correctional Center, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that I am inclined to grant Petitioner's pending ex parte motion (filing 120), but I first require that counsel submit to me a draft order granting the motion. After submission of the order, and assuming I agree with it, I will forward the order to Chief Judge Riley for his review and approval.

DATED this 1st day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge