IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional | ) | |
| Institutions, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The repeal of the death penalty will not become effective until late August. With that in mind, all counsel requested that this matter be orally argued after the effective date of the bill repealing the death penalty.[1] That is a reasonable request. I emphasize, however, that the briefing schedule will remain unchanged. Therefore, and with the agreement of counsel,

IT IS ORDERED that oral argument is scheduled on Tuesday, September 15, 2015, at 12:00 noon, for one hour, in Courtroom No. 2, Robert V. Denney Federal Building and U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, before the undersigned Senior United States district judge.

DATED this 4th day of June, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] Counsel for Mr. Lotter are reminded that their pending ex parte motion will be held by Chief Judge Riley pending resolution of the question of whether I should terminate the appointment of counsel given the repeal of the death penalty.