IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| V. | ) | |
| | ) | |
| BRIAN GAGE, Warden, Tecumseh State Correctional Institution, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that the Petitioner's motion to attend oral argument and request for transport order (filing 130) is denied.

DATED this 9th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge