## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| V. | ) | |
| | ) | |
| BRIAN GAGE, Warden, | ) | ORDER |
| Tecumseh State Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

After considering the statements of counsel for Mr. Lotter and counsel for Warden Gage,

IT IS ORDERED that:

(1)    Ms. Woodman and Ms. Camp are authorized to proceed as counsel in this matter and my previous order restricting their activities is lifted.

(2)    This order does not authorize the expenditure of fees and expenses for investigative and expert services under the provisions of 18 U.S.C. § 3599(g)(2), as that matter remains pending before Chief Judge Riley.

DATED this 15th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge