IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT FRAKES, Director, | ) | |
| Nebraska Department of Correctional | ) | |
| Institutions, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED:

1. On or before October 3, 2016, counsel for Petitioner shall file *ex parte* and under seal a report on the status of investigative and other activities conducted on behalf of Petitioner since October 1, 2015.

2. The report shall also propose a date for completion of such activities, and, if later than October 3, 2016, explain the need for additional time. Counsel are advised that if they fail to specify a completion date, the court will establish a deadline on its own.

DATED this 26th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge