IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional | ) | |
| Institutions, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

I have received an inquiry from David Stickman, our Federal Public Defender. He processes CJA vouchers for the court. He advises that the litigation clinic with which Lotter's counsel was previously associated is no longer in existence, and that counsel for Lotter are now in private practice. He therefore inquires whether counsel may submit monthly vouchers.

IT IS ORDERED that Lotter's counsel may submit monthly vouchers on a schedule to be set by Mr. Stickman. My chambers shall provide Mr. Stickman with a copy of this Order.

DATED this 5th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge