IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, Warden, Tecumseh State Correctional Center, ROBERT HOUSTON, Warden, Tecumseh State Correctional Center, SCOTT FRAKES, Director, Nebraska Department of Correctional Institutions, and BRIAN GAGE, Warden, Tecumseh State Correctional Institution, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that the Petitioner's motion for withdrawal and substitution of counsel (filing no. 146) is granted. The granting of this motion does not alter the deadline set by this court.

DATED this 13th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge