IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN L. LOTTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAKES, Director,<br>Nebraska Department of Correctional Institutions,<br><br>　　　　　Respondent. | 4:04CV3187<br><br><br>MEMORANDUM<br>AND ORDER |

Mr. Lotter has filed a petition for writ of habeas corpus (filing no. 149) and a motion to stay habeas proceedings pending state court remedies (filing no. 150). With that in mind,

　　IT IS ORDERED that:

　　(1)　The respondent shall submit a brief regarding petitioner's motion to stay habeas proceedings pending state court remedies on or before close of business on February 13, 2017.

　　(2)　Unless otherwise ordered, the petition for writ of habeas corpus will not be progressed until I have ruled upon petitioner's motion for a stay. Accordingly, respondent need not respond to the petition for writ of habeas corpus at this time.

　　DATED this 13th day of January, 2017.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　Senior United States District Judge