IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | 4:04CV3187 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT FRAKES, Director, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Respondent's motion for extension of time (filing no. 155) is granted, as follows:

Respondent shall have until February 21, 2017, to file a brief in response to Petitioner's motion to stay (filing no. 150).

DATED this 14th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge