IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN L. LOTTER, | ) | |
|---|---|---|
| Petitioner, | ) | 4:04CV3187 |
| v. | ) | |
| FRED BRITTEN, Warden, Tecumseh State Correctional Center, ROBERT HOUSTON, Warden, Tecumseh State Correctional Center, SCOTT FRAKES, Director, Nebraska Department of Correctional Institutions, and BRIAN GAGE, Warden, Tecumseh State Correctional Institution, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Rebecca E. Woodman, counsel for Petitioner, shall contact James D. Smith, counsel for Respondents, concerning the Petitioner's ex parte supplemental budget request and request for additional time (filing no. 172). No later than May 31, 2017, both Ms. Woodman and Mr. Smith shall jointly contact the undersigned's judicial Assistant, Kris Leininger, at (402) 437-1640, to schedule a telephonic recorded hearing for June 1 or 2, 2017, on the Petitioner's ex parte motion (filing no. 172).

DATED this 25th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge