IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN L. LOTTER, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:04CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional Institutions, | ) | |
| | ) | |
| Respondent. | ) | |

After consulting with counsel for Mr. Lotter and counsel for Respondent,

IT IS ORDERED that:

(1) Counsel for Mr. Lotter shall continue to represent him, and the June 5, 2017, deadline is canceled.

(2) A status conference will be held on January 4, 2018, at 12:00 noon, with counsel for Mr. Lotter and Respondent. That telephone conference will be recorded.

(3) A transcript of the hearing held today shall be prepared, filed, and available to the public and counsel.

DATED this 2nd day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge