IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN L. LOTTER, | ) | |
| Petitioner, | ) | 4:04CV3187 |
| v. | ) | |
| SCOTT FRAKES, Director, Nebraska Department of Correctional Institutions, | ) | ORDER |
| Respondent. | ) | |

After consultation today with counsel for all sides and with their agreement,

IT IS ORDERED that:

1. Counsel are to advise me by filing a notice in the CM/ECF filing system when both of the following things have occurred: (a) resolution of the petition for certiorari now pending in the Supreme Court regarding this case; and (b) resolution of the consolidated appeals by the Nebraska Supreme Court regarding the state post-conviction matters.

2. Upon the filing of the foregoing advice, my chambers shall call this matter to my attention and I will enter an order for a status conference.

DATED this 4th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge