IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN L. LOTTER,<br><br>        Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director, Nebraska Department of Correctional Institutions;<br><br>        Respondent. | 4:04CV3187<br><br>**ORDER** |

    Because the undersigned is retiring soon,

    IT IS ORDERED that Chief Judge Rossiter shall reassign this case to another judge[1]. The Clerk shall provide a copy of this order to the Chief Judge.

    Dated this 11th day of April, 2022.

                                                                          BY THE COURT:

                                                                          *Richard G. Kopf*
                                                                          Richard G. Kopf
                                                                          Senior United States District Judge

---

[1] I will forward my office file to the judge who is assigned to this case.